XAVIER BECERRA, State Bar No. 118517
Attorney General of California
FIEL D. TIGNO, State Bar No. 161195
Supervising Deputy Attorney General
KELSEY LINNETT, State Bar No. 274547
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0986
 Fax:  (510) 622-2270
 E-mail: Kelsey.Linnett@doj.ca.gov
*Attorneys for Office of the California State Controller and State Controller Betty T. Yee*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNA BOLDEN-HARDGE,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER and BETTY T. YEE in her official capacity as California State Controller,**<br><br>Defendants. | Case No. 2:20-cv-02081 JAM-DB<br><br>**STIPULATION ON SERVICE AND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER**<br><br>Dept:  Courtroom 6, 14th Floor<br>Judge:  Hon. John A. Mendez<br>Action Filed:  October 19, 2020 |

   IT IS HEREBY STIPULATED by and between the parties Plaintiff Brianna Bolden-Hardge ("Plaintiff"), Defendant Office of California State Controller and Defendant Betty T. Yee, in her official capacity as State Controller of the State of California (collectively, "Defendants"), through their respective attorneys:

   The complaint in this matter was filed on October 19, 2020.

   Plaintiff requested that Defendants waive service of a summons in this action and emailed a copy of the complaint to Defendants.  The parties agree to treat this request as sent on October 22, 2020, when counsel for the parties had an opportunity to discuss the request.

1

1  Defendants agree to save the cost of service of a summons and an additional copy of the
2  complaint in this lawsuit by not requiring that Defendants be served with judicial process in the
3  manner provided by Federal Rule of Civil Procedure 4.

4  Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction
5  or venue of the court except for objections based on a defect in the summons or in the service of
6  the summons and complaint.

7  Consistent with Federal Rules of Civil Procedure 4 and 12, Defendants will have until
8  December 21, 2020 to respond to the complaint, which is 60 days from October 22, 2020.

9  **IT IS SO STIPULATED.**

10  Dated: October 26, 2020           XAVIER BECERRA
                                      Attorney General of California

14                                    KELSEY LINNETT
                                      Deputy Attorney General
                                      *Attorneys for Office of the California State*
15                                    *Controller and State Controller Betty T. Yee*

16  Dated: October 26, 2020
17                                    JAMES A. SONNE
                                      Harvard Law School Religious Freedom Clinic
                                      ZEBA A. HUQ
18                                    Stanford Law School Religious Liberty Clinic
                                      WENDY MUSELL
19                                    The Law Offices of Wendy Musell
                                      *Attorneys for Plaintiff Brianna Bolden-Hardge*

20
    **IT IS SO ORDERED.**
21

22  Dated: November 4, 2020           /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
23                                    UNITED STATES DISTRICT CURT JUDGE