XAVIER BECERRA, State Bar No. 118517
Attorney General of California
FIEL D. TIGNO, State Bar No. 161195
Supervising Deputy Attorney General
KELSEY LINNETT, State Bar No. 274547
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 879-0986
 Fax:  (510) 622-2270
 E-mail:  Kelsey.Linnett@doj.ca.gov
*Attorneys for Office of the California State
Controller and State Controller Betty T. Yee*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNA BOLDEN-HARDGE,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER and BETTY T. YEE in her official capacity as California State Controller,**<br><br>Defendants. | Case No. 2:20-cv-02081 JAM-DB<br><br>**STIPULATION ON EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND ORDER**<br><br>Dept:          Courtroom 6, 14th Floor<br>Judge:         Hon. John A. Mendez<br>Action Filed: October 19, 2020 |

　　　IT IS HEREBY STIPULATED by and between the parties Plaintiff Brianna Bolden-Hardge ("Plaintiff"), Defendant Office of California State Controller and Defendant Betty T. Yee, in her official capacity as State Controller of the State of California (collectively, "Defendants"), through their respective attorneys:

　　　The complaint in this matter was filed on October 19, 2020, and service was waived.  The parties stipulated, and the Court ordered, that Defendants respond to the complaint by December 21, 2020 consistent with Federal Rules of Civil Procedure 4 and 12.

1  Counsel for Defendants is based in Oakland, California and has a full caseload of active
2  matters, including litigation and investigations.  Declaration of Kelsey Linnett In Support of
3  Stipulation on Extension of Time to Respond (Linnett Decl.) ¶¶ 1-3.
4  On December 3, 2020, as a result of continued widespread transmission of COVID-19, the
5  California Department of Public Health issued a new Stay-At-Home Order based on a particular
6  region's Intensive Care Unit (ICU) capacity.  California Department of Public Health Regional
7  Stay at Home Order to All Californians, Dec. 3, 2020, available at
8  https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Regional-Stay-at-Home-
9  Order-.aspx.  As a result, effective Monday, December 7, 2020 most state offices are expected to
10 remain closed for at least three weeks.  Linnett Decl. ¶ 5.  In addition, on December 4, 2020, the
11 Bay Area counties issued a stay-at-home order limiting travel and access to non-essential
12 workplaces.  *See* Press Release "Bay Area Health Officers Move to Implement the State's New
13 Regional Stay at Home Order, Dec. 4, 2020, available at https://covid-19.acgov.org/covid19-
14 assets/docs/press/joint-release-2020.12.04.pdf.
15 Because of her workload and because of the COVID-19-related disruptions, defense
16 counsel requires additional time to adequately research, prepare, and file a response in this case.
17 Therefore, the parties jointly request under Federal Rule of Civil Procedure 6(b)(1)(A) that
18 the Court extend the time for Defendants to respond to the complaint 30 days from December 21,
19 2020 to January 20, 2021.
20 **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated:  December 11, 2020 | XAVIER BECERRA<br>Attorney General of California |

                                                                /s/ Kelsey Linnett_____
KELSEY LINNETT
Deputy Attorney General
*Attorneys for Office of the California State Controller and State Controller Betty T. Yee*

Dated:  December 11, 2020    /s/ James A. Sonne (as authorized on 12/11/20)
JAMES A. SONNE
Harvard Law School Religious Freedom Clinic
ZEBA A. HUQ
Stanford Law School Religious Liberty Clinic
WENDY MUSELL
The Law Offices of Wendy Musell
*Attorneys for Plaintiff Brianna Bolden-Hardge*

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  December 11, 2020    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE