## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BRIANNA BOLDEN–HARDGE,**

CASE NO: **2:20–CV–02081–JAM–DB**

v.

**OFFICE OF THE CALIFORNIA STATE CONTROLLER, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/23/2021**

**Keith Holland**
Clerk of Court

ENTERED: **March 23, 2021**

by: /s/ G. Michel
Deputy Clerk