# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: Eastern District of California

U.S. District Court case number: 2:20-CV-02081

Date case was first filed in U.S. District Court: 10/19/2020

Date of judgment or order you are appealing: 03/23/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Brianna Bolden-Hardge

Is this a cross-appeal? ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

Religious Liberty Clinic

559 Nathan Abbott Way

City: Stanford   State: CA   Zip Code: 94305

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ James A. Sonne   **Date** Apr 13, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Brianna Bolden-Hardge

Name(s) of counsel (if any):

> James A. Sonne
> Zeba A. Huq

Address: 559 Nathan Abbott Way, Stanford, CA 94305

Telephone number(s): 650-723-1422

Email(s): jsonne@law.stanford.edu

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Office of the California State Controller
> Betty T. Yee in her official capacity as California State Controller

Name(s) of counsel (if any):

> Kelsey Linnett
> Feil D. Tigno
> Xavier Becerra

Address: 1515 Clay Street, 20th Floor, P.O. Box 70550, Oakland, CA 94612-0550

Telephone number(s): 510-879-0986

Email(s): kelsey.linnett@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Brianna Bolden-Hardge

Name(s) of counsel (if any):
Wendy Musell

Address: 180 Grand Ave., Suite 1300, Oakland, CA 94612
Telephone number(s): (510) 270-2252
Email(s): wmusell@wendymuselllaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                          *New 12/01/2018*