UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**BRIANNA BOLDEN−HARDGE,**
    Plaintiff

   v.                                                                      **CASE NO. 2:20−CV−02081−JAM−DB**

**OFFICE OF THE CALIFORNIA STATE
CONTROLLER, ET AL.,**
    Defendant

   You are hereby notified that a Notice of Appeal was filed on **April 13, 2021** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

April 14, 2021

                      **KEITH HOLLAND
CLERK OF COURT**

                **by:** /s/ A. Tupolo
                    Deputy Clerk