UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:      CLERK, U.S. COURT OF APPEALS

FROM:    CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:20−CV−02081−JAM−DB** |
| USDC Judge: | **DISTRICT JUDGE JOHN A. MENDEZ** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **BRIANNA BOLDEN−HARDGE vs. OFFICE OF THE CALIFORNIA STATE CONTROLLER** |
| Type: | **CIVIL** |
| Complaint Filed: | **10/19/2020** |
| Appealed Order/Judgment Filed: | **3/23/2021** |
| Court Reporter Information: | **Thresha Spencer** |

FEE INFORMATION

**Fee Status: Paid on 4/13/2021 in the amount of $505.00**

Information prepared by: /s/  **A. Tupolo , Deputy Clerk**