James A. Sonne (CA Bar No. 250759)
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-1684
Facsimile: (650) 723-4426
Email: jsonne@law.stanford.edu

Wendy Musell (CA Bar No. 203507)
The Law Offices of Wendy Musell PC
66 Franklin Street, Suite 300
Oakland, CA 94607
Phone: (510) 270-2252
Facsimile: (510) 228-1391
Email: wmusell@wendymuselllaw.com
*Attorneys for Plaintiff*

Rob Bonta (CA Bar No. 202668)
Attorney General of California
Kelsey Linnett (CA Bar No. 274547)
Supervising Deputy Attorney General
John T. McGlothlin (CA Bar No. 205844)
Deputy Attorney General
Vincent Cheng (CA Bar No. 230827)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Phone: (510) 879-0986
Facsimile: (510) 622-2270
Email: John.McGlothlin@doj.ca.gov
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNA BOLDEN-HARDGE,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.**<br><br>Defendants. | No. 2:20-CV-02081-JAM-SCR<br><br>**JOINT MID-LITIGATION STATEMENT**<br><br>Judge:      Hon. John A. Mendez<br>Trial Date:   March 16, 2026<br>Action Filed: October 19, 2020 |

Pursuant to the Court's February 21, 2024 Pretrial Scheduling Order (Dkt. 39), the parties submit this Joint Mid-Litigation Statement.

**Completed Law and Motion Practice**

After remand from the Ninth Circuit Court of Appeals, since February 21, 2024, one motion has been filed: a motion to extend time filed by Defendants. Dkt. 43. The Court resolved the motion on November 19, 2024. Dkt. 46.

**Potential Upcoming Law and Motion Practice**

The parties may file motions concerning expert witnesses. The parties are also considering dispositive motions and are familiar with the Court's Standing Orders and other requirements, as set forth in Docket No. 39.

Respectfully submitted,

*/s/ Wendy Musell*
Wendy Musell
LAW OFFICES OF WENDY MUSELL PC
*Attorney for Plaintiff*


*/s/ John T. McGlothlin*
JOHN T. MCGLOTHLIN
Deputy Attorney General
*Attorneys for Office of State Controller, Malia M. Cohen, Betty T. Yee, and Gerard Anderson*