

# United States District Court
# Eastern District of California

**Brianna Bolden-Hardge**
Plaintiff(s)

V.

**Office of the California State Controller, et al.**
Defendant(s)

Case Number: **2:20-CV-02081**

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Megan Rose Donley** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Brianna Bolden-Hardge**

On **10/16/2012** (date), I was admitted to practice and presently in good standing in the **Florida Supreme Court** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **03/12/2025**   Signature of Applicant: /s/ **Megan Rose Donley**

**Pro Hac Vice Attorney**

Applicant's Name: Megan Rose Donley
Law Firm Name: Stanford Law School - Religious Liberty Clinic
Address: 559 Nathan Abbott Way

City: Stanford    State: CA    Zip: 94305
Phone Number w/Area Code: (386) 690-8739
City and State of Residence: New Smyrna Beach, Florida
Primary E-mail Address: mdonley@stanford.edu
Secondary E-mail Address: mrosedonley@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: James Andrew Sonne
Law Firm Name: Stanford Law School - Religious Liberty Clinic
Address: 559 Nathan Abbott Way

City: Stanford    State: CA    Zip: 94305-8610
Phone Number w/Area Code: (650) 723-1422    Bar #: 250759

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 14, 2025

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT