James A. Sonne (CA Bar No. 250759)
Megan Rose Donley (pro hac vice)
Jack R. Gleiberman (CA Bar Student Cert. No. 01185565)
Desmond Mantle (CA Bar Student Cert. No. 01051780)
Maya M. Shanahan (CA Bar Student Cert. No. 01144110)
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-1684
Facsimile: (650) 723-4426
Email: jsonne@law.stanford.edu

Wendy Musell (CA Bar No. 203507)
The Law Offices of Wendy Musell PC
66 Franklin St., Suite 300
Oakland, CA 94607
Phone: (510) 270-2252
Facsimile: (510) 228-1391
Email: wmusell@wendymuselllaw.com

Attorneys for Plaintiff Brianna Bolden-Hardge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNA BOLDEN-HARDGE,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER, ET AL.,**<br><br>Defendants. | No.  2:20-CV-02081-JAM-SCR<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT (LIABILITY)**<br><br>**Judge:** Hon. John A. Mendez<br>**Trial Date:** March 16, 2026<br>**Action Filed:** October 19, 2020<br><br>**Hearing Date:** June 17, 2025, 1:00 pm<br><br>**Location:** Courtroom 6, 14th Floor<br>Robert T. Matsui<br>U.S. Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

Plaintiff's Notice of Motion and Motion for Summary Judgment

1   This motion is made following the conference of counsel pursuant to the Court's standing

2   order which took place on March 4, 2025. Counsel discussed all issues required by the standing

3   order (ECF No. 3-2; *see also* ECF No. 39), including the parties' intention to file cross motions

4   for summary judgment. In its pretrial scheduling order (ECF No. 39), the Court previously noticed

5   a hearing for June 17, 2025 at 1:00 p.m.–which is at least 42 days from the date of filing.

6   TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

7   PLEASE TAKE NOTICE that on the date and time above, Plaintiff BRIANNA BOLDEN-

8   HARDGE will and hereby does move this Court pursuant to Federal Rule of Civil Procedure 56

9   and Local Rule 260 for summary judgment in her favor and against Defendants for liability on the

10  following claims pled in Plaintiff's First Amended Complaint (ECF No. 29):

11      1.      Plaintiff's claim against Defendant Office of the California State Controller—also

12  known as California State Controller's Office—for Violation of Title VII of the Civil Rights Act

13  of 1964 for Disparate Treatment/Failure to Accommodate on the Basis of Religion (FIRST

14  CLAIM FOR RELIEF).

15      2.      Plaintiff's claim against Defendant Office of the California State Controller—also

16  known as California State Controller's Office—for Violation of Title VII of the Civil Rights Act

17  of 1964 for Disparate Impact on the Basis of Religion (SECOND CLAIM FOR RELIEF).

18      3.      Plaintiff's claim against Defendant Office of the California State Controller—also

19  known as California State Controller's Office—for Violation of the California Fair Employment

20  and Housing Act for Disparate Treatment/Failure to Accommodate on the Basis of Religion

21  (THIRD CLAIM FOR RELIEF).

22      4.      Plaintiff's claim against all Defendants for Violation of the First Amendment to the

23  U.S. Constitution (FOURTH CLAIM FOR RELIEF).

24  Plaintiff is entitled to summary judgment (liability) on the foregoing claims under Federal

25  Rule of Civil Procedure 56 because there is no genuine dispute as to any material fact and Plaintiff

26  is entitled to judgment as a matter of law. Plaintiff's motion concerns only liability on the relevant

27  claims, with the further understanding that all other matters—including, but not limited to, relief

28  and remedies on the relevant claims—will be addressed separately thereafter.

Plaintiff's Notice of Motion and Motion for Summary Judgment

This motion is based upon this Notice of Motion and Motion, as well as the concurrently filed Memorandum of Points and Authorities, Declaration of Jack R. Gleiberman and all exhibits thereto, the Statement of Undisputed Facts, Plaintiff's Request for Judicial Notice and Declaration of James A. Sonne and attendant exhibits, the Court's entire file in this matter, all other matters of which the Court may take judicial notice, and upon such further oral and/or documentary evidence or argument as may be appropriately presented hereinafter and at the hearing of this Motion.

Dated: March 21, 2025

Respectfully submitted,

/s/ James A. Sonne
James A. Sonne
Stanford Law School Religious Liberty Clinic

Wendy Musell
The Law Offices of Wendy Musell PC

Attorneys for Plaintiff Brianna Bolden-Hardge

Plaintiff's Notice of Motion and Motion for Summary Judgment