1  David R. Carpenter (SBN 230299)*
   drcarpenter@sidley.com
2  Kristina Martinez (SBN 335747)*
3  kmartinez@sidley.com
   SIDLEY AUSTIN LLP
4  350 S. Grand Avenue
   Los Angeles, CA 90071
5  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
6

7  *Attorneys for Amici Curiae*
   *Profs. Daniel Conkle, Richard Garnett, and*
8  *Gregory Sisk in Support of Plaintiff Brianna Bolden-Hardge*
   *(Additional counsel listed on following page)*
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANNA BOLDEN-HARDGE, | Case No. 2:20-cv-02081-JAM-SCR |
| Plaintiff, | **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE PROFS. DANIEL CONKLE, RICHARD GARNETT, AND GREGORY SISK IN SUPPORT OF PLAINTIFF BRIANNA BOLDEN-HARDGE'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al., | |
| Defendants. | Assigned to: Hon. John A. Mendez |
| | Hearing Time: 1:00 pm |
| | Hearing Date: June 17, 2025 |
| | Hearing Location: Courtroom 6, 14th Floor |
| | Action Filed: October 19, 2020 |

*Designated Counsel for Service

*Additional Attorneys for Amici Curiae*

Brian P. Morrissey *(pro hac vice pending)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
bmorriss@sidley.com

Alec J. Silvester *(pro hac vice pending)*
Jonathan R. Lesgart *(pro hac vice pending)*
Halle E. Alitz *(pro hac vice pending)*
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100
asilvester@sidley.com
jonathan.lesgart@sidley.com
halle.alitz@sidley.com

Nicholas R. Reaves *(pro hac vice pending)*
YALE FREE EXERCISE CLINIC
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
Telephone: 202-349-7212
nicholas.reaves@yale.edu

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as soon as the matter may be heard, before the Honorable John A. Mendez, in Courtroom 6, 14th floor, of the U.S. District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814, proposed amici curiae law professors Daniel Conkle, Richard Garnett, and Gregory Sisk (collectively, "Proposed Amici"), will and hereby do respectfully move unopposed for leave to file the Amicus Curiae Brief of Law Professors in Support of Plaintiff Briana Bolden-Hardge's Motion for Summary Judgment.

Counsel for Proposed Amici conferred with counsel for the parties, who have consented to this motion being submitted pursuant to L.R. 230(g). The grounds for this motion follow:

The proposed brief of amici curiae, attached as **Exhibit A** to this motion, provides the perspective of several law professors on the legal propriety of the Office of the California State Controller's refusal to accommodate the Plaintiff's request for a religious accommodation under 42 U.S.C. § 2000e(j) ("Title VII") to a mandatory oath requirement in light of the Supreme Court's intervening and superseding clarification in *Groff v. Dejoy*, 600 U.S. 447 (2023). The proposed brief argues the Office of the California State Controller is unable to demonstrate that accommodating the Plaintiff's request would impose an undue hardship to its business.

## ARGUMENT

"The district court has broad discretion regarding the appointment of amici." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "Federal district courts possess the inherent authority to accept amicus briefs." *Padilla v. Beard*, No. 2:14-CV-1118 KJM CKD, 2017 WL 1364666, at *5 (E.D. Cal. Apr. 14, 2017) (citing *Jamul Action Comm. v. Stevens*, No. 2:13-CV-01920, 2014 WL 3853148, at *5 (E.D. Cal. Aug. 5, 2014)). Nonparty amicus briefs are appropriate when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." *Nat'l Petrochemical & Refiners Ass'n v. Goldstene*, No. CV-F-10-163 LJO DLB, 2010 WL 2228471, at *1 (E.D. Cal. June 3, 2010).

Proposed amici are law professors Daniel Conkle, Richard Garnett, and Gregory Sisk (collectively, "Proposed Amici"). The Proposed Amici are interested in the sound application and development of 42 U.S.C. § 2000e(j)'s ("Title VII") religious accommodation provision. And, as is often the case with academics, they are representing only their own views—not those of their institutions (nor of any other institution).

Since the start of this case, the United States Supreme Court has provided interceding superseding clarification its decision in *Groff v. Dejoy*, 600 U.S. 447 (2023). *Groff* clarifies the Court's position flowing from the long-misapplied and long-misunderstood opinion in *Trans World Airlines, Inc. v. Hardison*, 432 U.S. 63 (1976). The Proposed Amici highlight that history, explain why the Office of the California State Controller is unable to meet the now-clarified standard, address potential retorts, and highlight the historical trajectory in America for religious accommodation and increased religious liberty.

## CONCLUSION

For these reasons, the Proposed Amici respectfully request that the Court grant this unopposed motion and order the Clerk to lodge the Proposed Amici's amici curiae brief, attached as **Exhibit A**.

1  DATED: March 31, 2025

2                                                   Respectfully submitted,

By: */s/ David R. Carpenter*
David R. Carpenter, (SBN 230229)
Kristina Martinez (SBN 335747)
SIDLEY AUSTIN LLP
350 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 896-6000
drcarpenter@sidley.com
kmartinez@sidley.com

Brian P. Morrissey *(pro hac vice pending)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
bmorriss@sidley.com

Alec J. Silvester *(pro hac vice pending)*
Jonathan R. Lesgart *(pro hac vice pending)*
Halle E. Alitz *(pro hac vice pending)*
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100
asilvester@sidley.com
jonathan.lesgart@sidley.com
halle.alitz@sidley.com

Nicholas R. Reaves *(pro hac vice pending)*
YALE FREE EXERCISE CLINIC
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
Telephone: 202-349-7212
nicholas.reaves@yale.edu

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing document(s) with the Court using CM/ECF system, thereby delivered by electronic means to all counsel of record.

By: */s/ David R. Carpenter*
David R. Carpenter