# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRIANNA BOLDEN-HARDGE,

Plaintiff,

v.

OFFICE OF THE CALIFORNIA STATE
CONTROLLER, et al.,

Defendants.

Case No. 2:20-cv-02081-JAM-SCR

**[PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE PROFS. DANIEL CONKLE, RICHARD GARNETT, AND GREGORY SISK IN SUPPORT OF PLAINTIFF BRIANNA BOLDEN-HARDGE'S MOTION FOR SUMMARY JUDGMENT**

The Court has received and reviewed the timely filed unopposed motion of law professors Daniel Conkle, Richard Garnett, and Gregory Sisk (the "Amici Curiae") for leave to file a brief as amici curiae. The Court, being fully advised, HEREBY ORDERS and ADJUDGES that:

1. The Amici Curiae's Unopposed Motion is **GRANTED**; and

2. The Clerk of Court **SHALL** file the amici curiae brief, attached as Exhibit A to the unopposed motion, to the docket.

Date: _____

_____

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED MOT. FOR LEAVE TO FILE BRIEF OF AMICI CURIAE LAW PROFS. ISO PL.'S MOT. SUMM. J.