

United States District Court
Eastern District of California

| Brianna Bolden-Hardge |
|---|
Plaintiff(s)

V.

| Office of the California State Controller, et al. |
|---|
Defendant(s)

Case Number: 2:20-cv-02081-JAM-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric W. Treene hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Amici Church State Council et al.

On 08/16/1993 (date), I was admitted to practice and presently in good standing in the the Bar of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 03/25/2025          Signature of Applicant: /s/ Eric Treene

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eric W. Treene |
| Law Firm Name: | Catholic University |
| Address: | Religious Liberty Clinic |
| | 3600 John McCormick Rd NE |
| City: | Washington   State: DC   Zip: 20064 |
| Phone Number w/Area Code: | (202) 319-6783 |
| City and State of Residence: | Arlington VA |
| Primary E-mail Address: | treene@cua.edu |
| Secondary E-mail Address: | etreene@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Alan Reinach |
| Law Firm Name: | Church-State Council |
| Address: | 2686 Townsgate Rd |
| City: | Westlake Village   State: CA   Zip: 91361 |
| Phone Number w/Area Code: | (805) 413-7398   Bar # 196889 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 31, 2025

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT