

# United States District Court
# Eastern District of California

Brianna Bolden-Hardge,

Plaintiff(s)

V.

Office of the California State Controller, et al.,

Defendant(s)

Case Number: 2:20-cv-02081-JAM-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Halle E. Alitz hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Amici Curiae Profs. Daniel Conkle, Richard Garnett, and Gregory Sisk

On    10/23/2024    (date), I was admitted to practice and presently in good standing in the
Supreme Court of Florida    (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:    04/02/2025    Signature of Applicant: /s/ Halle E. Alitz

**Pro Hac Vice Attorney**

Applicant's Name: Halle E. Alitz

Law Firm Name: Sidley Austin LLP

Address: 1001 Brickell Bay Drive, Suite 900

City: Miami     State: FL     Zip: 33131

Phone Number w/Area Code: (305) 391-5100

City and State of Residence: Miami, FL

Primary E-mail Address: halle.alitz@sidley.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David R. Carpenter

Law Firm Name: Sidley Austin LLP

Address: 350 S. Grand Avenue

City: Los Angeles     State: CA     Zip: 90071

Phone Number w/Area Code: (213) 896-6000     Bar # 230299

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 09, 2025          /s/ John A. Mendez

JUDGE, U.S. DISTRICT COURT