James A. Sonne (CA Bar No. 250759)
Megan Rose Donley (*pro hac vice*)
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-1422
Facsimile: (650) 723-4426
Email: jsonne@law.stanford.edu

Wendy Musell (CA Bar No. 203507)
The Law Offices of Wendy Musell PC
66 Franklin Street, Suite 300
Oakland, CA 94607
Phone: (510) 270-2252
Facsimile: (510) 228-1391
Email: wmusell@wendymuselllaw.com

*Attorneys for Plaintiff*

Rob Bonta, Attorney General of California (CA Bar No. 202668)
Kelsey Linnett, Supervising Deputy Attorney General (CA Bar No. 274547)
John T. McGlothlin, Deputy Attorney General (CA Bar No. 205844)
Vincent Cheng, Deputy Attorney General (CA Bar No. 230827)
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Phone: (510) 879-0986
Facsimile: (510) 622-2270
Email: John.McGlothlin@doj.ca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA BOLDEN-HARDGE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE CALIFORNIA STATE CONTROLLER, *et al.*,<br><br>Defendants. | No. 2:20-cv-02081-JAM-SCR<br><br>**STIPULATION AND ORDER**<br><br>**Judge:** Hon. John A. Mendez<br>**Trial Date:** March 16, 2026<br>**Action Filed:** October 19, 2020<br>**Hearing Date:** August 19, 2025; 1 pm<br>**Location:** Courtroom 6, 14th Floor<br>Robert T. Matsui<br>U.S. Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

Plaintiff Brianna Bolden-Hardge and Defendants Office of the California State Controller, et al., respectfully and jointly submit this Stipulated Motion for Administrative Relief pursuant to Local Rule 233. The parties ask this Court to extend the time set by the Pretrial Scheduling Order (ECF No. 39 at pp. 2, 5) for completing the remaining briefing on their cross-motions for summary judgment, and to set a new hearing date of August 19, 2025, at 1:00 p.m. for those motions. The parties seek no change to the current trial date of March 16, 2026, set by the Pretrial Scheduling Order. (ECF No. 39 at p. 9).

On March 21, 2025, Plaintiff filed her opening brief to begin the process under the Pretrial Scheduling Order for the filing of cross-motions for summary judgment. (ECF No. 39 at pp. 2, 5; ECF No. 50). From there, the deadlines for the remaining three briefs—Defendants' opposition and cross-motion; Plaintiff's reply and opposition; Defendants' reply—are pegged to the hearing date, likewise set in the Pretrial Scheduling Order, of June 17, 2025. (ECF No. 39 at pp. 2, 5).

Since Plantiff filed her opening brief, the parties have worked diligently to comply with the deadlines established in the Pretrial Scheduling Order. They have also regularly discussed the progress being made in the case and their respective workloads. In anticipation of the looming deadlines under the Pretrial Scheduling Order for the remaining three briefs—May 20, 2024; June 3, 2024; June 10, 2024—the parties agree and submit there is good cause to extend their deadlines.

Plaintiffs' pro bono counsel at the Stanford Religious Liberty Clinic faces an unanticipated combination of conflicts in the window of time presently provided for the reply and opposition—including its faculty director's supervision of students in ten other matters; a hearing in another trial-level case; the drafting of a Ninth Circuit brief before the end of the term on June 6; discovery and mediation in yet another case; the intervening departure of the Clinic's sole staff attorney; and the unavailability of the case's lead student due to final exams. And once students leave for the summer, the director will need more time to handle the matter. Appreciating these conflicts, and given the scope and range of the record as well as the resources of its office, Defendants' counsel likewise requires additional time for the filing of its opposition and cross-motion, and reply.

Accordingly, the parties agree, jointly stipulate, and propose that good cause exists for the Court to revise the Pretrial Scheduling Order's deadlines for the filing of the three remaining briefs on cross-motions for summary judgment (Dkt. 39 at pp. 2, 5) by adopting the following schedule:

- Defendants' opposition and cross-motion for summary judgment: June 2, 2025
- Plaintiff's reply and opposition: July 22, 2025
- Defendants' reply: August 5, 2025

Regarding a date for the hearing on the cross-motions, the parties similarly agree, jointly stipulate, and propose that the hearing date provided for in the Pretrial Scheduling Order (Dkt. 39 at p. 9) be continued to August 19, 2025, at 1:00 p.m.

The parties seek no change to the trial date of March 16, 2026, provided in the Pretrial Scheduling Order (Dkt. No. 39 at p. 9)—which, in accordance with parties Joint Status Report for the trial date's setting (Dkt. No. 38 at p. 3), would enable the Clinic's student to participate and, in any event, would take place well after the hearing and resolution of the dispositive motions.

The parties have not previously filed a motion for or received from this Court similar relief.

For the reasons stated above, the parties respectfully and jointly request that the Court grant a modification to the Pretrial Scheduling Order (Dkt. 39) to extend the time for filing their remaining three briefs on cross-motions for summary judgment—Defendants' opposition and cross-motion; Plaintiff's reply and opposition; Defendants' reply—and set the hearing date for August 19, 2025 at 1:00 p.m.

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Sonne* | */s/ John T. McGlothlin* |
| James A. Sonne | John T. McGlothlin |
| Stanford Law School Religious Liberty Clinic | Deputy Attorney General |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

James A. Sonne (CA Bar No. 250759)
Megan Rose Donley (*pro hac vice*)
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-1422
Facsimile: (650) 723-4426
Email: jsonne@law.stanford.edu

Wendy Musell (CA Bar No. 203507)
The Law Offices of Wendy Musell PC
66 Franklin Street, Suite 300
Oakland, CA 94607
Phone: (510) 270-2252
Facsimile: (510) 228-1391
Email: wmusell@wendymuselllaw.com

*Attorneys for Plaintiff*

Rob Bonta, Attorney General of California (CA Bar No. 202668)
Kelsey Linnett, Supervising Deputy Attorney General (CA Bar No. 274547)
John T. McGlothlin, Deputy Attorney General (CA Bar No. 205844)
Vincent Cheng, Deputy Attorney General (CA Bar No. 230827)
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Phone: (510) 879-0986
Facsimile: (510) 622-2270
Email: John.McGlothlin@doj.ca.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA BOLDEN-HARDGE,<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF THE CALIFORNIA STATE CONTROLLER**, *et al.*,<br><br>Defendants. | No. 2:20-cv-02081-JAM-SCR<br><br>**STIPULATION AND ORDER**<br><br>**Judge:** Hon. John A. Mendez<br>**Trial Date:** March 16, 2026<br>**Action Filed:** October 19, 2020<br>**Hearing Date:** August 19, 2025; 1 pm<br>**Location:** Courtroom 6, 14th Floor<br>Robert T. Matsui<br>U.S. Courthouse<br>501 I Street<br>Sacramento, CA 95814 |

After considering the parties' representations, stipulation, and good cause showing, the Court hereby **EXTENDS** the current deadlines concerning briefing on cross-motions for summary judgment as follows:

- Defendants' opposition and cross-motion shall be due on or before **June 02, 2025**;
- Plaintiff's reply and opposition shall be due on or before **July 22, 2025**; and
- Defendants' reply shall be due on or before **August 05, 2025**.

Furthermore, the Court **RESETS** the hearing on the cross-motions for **August 19, 2025, at 1:00 p.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui U.S. Courthouse, before Senior District Judge John A. Mendez.

**IT IS SO ORDERED.**

Dated: May 14, 2025           /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE