| | |
|---|---|
| 1 | David R. Carpenter (SBN 230299) |
| 2 | drcarpenter@sidley.com |
|   | Kristina Martinez (SBN 335747) |
| 3 | kmartinez@sidley.com |
|   | SIDLEY AUSTIN LLP |
| 4 | 350 S. Grand Avenue |
|   | Los Angeles, CA 90071 |
| 5 | Telephone: (213) 896-6000 |
| 6 | Facsimile: (213) 896-6600 |

*Attorneys for Amici Curiae*
*Profs. Daniel Conkle, Richard Garnett, and*
*Gregory Sisk in Support of Plaintiff Brianna Bolden-Hardge*
*(Additional counsel listed on following page)*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA BOLDEN-HARDGE, | Case No. 2:20-cv-02081-JAM-SCR |
| Plaintiff, | **NOTICE OF MOTION FOR LEAVE FOR BRIAN P. MORRISSEY TO WITHDRAW AS *PRO HAC VICE* COUNSEL** |
| v. | |
| OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al., | Assigned to: Hon. John A. Mendez |
| Defendants. | Action Filed: October 19, 2020 |

*Additional Attorneys for Amici Curiae*

Brian P. Morrissey *(pro hac vice)*
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
bmorriss@sidley.com

Alec J. Silvester *(pro hac vice)*
Jonathan R. Lesgart *(pro hac vice)*
Halle E. Alitz *(pro hac vice)*
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (305) 391-5100
asilvester@sidley.com
jonathan.lesgart@sidley.com
halle.alitz@sidley.com

Nicholas R. Reaves *(pro hac vice)*
YALE FREE EXERCISE CLINIC
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
Telephone: 202-349-7212
nicholas.reaves@yale.edu

1     PLEASE TAKE NOTICE that soon as the matter may be heard, before the Honorable John A. Mendez, in Courtroom 6, 14th Floor, of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, CA 95814, amici curiae law professors Daniel Conkle, Richard Garnett, and Gregory Sisk in support of Plaintiff Brianna Bolden-Hardge, shall apply for an Order withdrawing Brian P. Morrisey's appearance as counsel *pro hac vice* for the amici curiae law professors in the above-captioned matter. In support of this Motion, the amici curiae law professors rely upon the supporting Declaration of Brian P. Morrissey submitted herewith. A proposed order is also submitted herewith.

DATED: October 10, 2025

    Respectfully submitted,

    By: */s/ Kristina Martinez*
    Kristina Martinez (SBN 335747)

    David R. Carpenter, (SBN 230229)
    SIDLEY AUSTIN LLP
    350 S. Grand Avenue
    Los Angeles, CA 90071
    Telephone: (213) 896-6000
    drcarpenter@sidley.com
    kmartinez@sidley.com

    Brian P. Morrissey *(pro hac vice)*
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone: (202) 736-8000
    bmorriss@sidley.com

    Alec J. Silvester *(pro hac vice)*
    Jonathan R. Lesgart *(pro hac vice)*
    Halle E. Alitz *(pro hac vice)*
    SIDLEY AUSTIN LLP
    1001 Brickell Bay Drive, Suite 900
    Miami, FL 33131
    Telephone: (305) 391-5100
    asilvester@sidley.com
    jonathan.lesgart@sidley.com
    halle.alitz@sidley.com

| | |
|---|---|
| 1 | |
| 2 | Nicholas R. Reaves *(pro hac vice)* |
|   | YALE FREE EXERCISE CLINIC |
| 3 | 1919 Pennsylvania Ave., Suite 400 |
|   | Washington, DC 20006 |
| 4 | Telephone: 202-349-7212 |
|   | nicholas.reaves@yale.edu |


# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing document(s) with the Court using CM/ECF system, thereby delivered by electronic means to all counsel of record.

By: */s/ Kristina Martinez*
Kristina Martinez