James A. Sonne (CA Bar No. 250759)
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-1684
Facsimile: (650) 723-4426
Email: jsonne@law.stanford.edu

Wendy Musell (CA Bar No. 203507)
The Law Offices of Wendy Musell PC
66 Franklin Street, Suite 300
Oakland, CA 94607
Phone: (510) 270-2252
Facsimile: (510) 228-1391
Email: wmusell@wendymuselllaw.com
*Attorneys for Plaintiff*

Rob Bonta (CA Bar No. 202668)
Attorney General of California
Kelsey Linnett (CA Bar No. 274547)
Supervising Deputy Attorney General
John T. McGlothlin (CA Bar No. 205844)
Deputy Attorney General
Vincent Cheng (CA Bar No. 230827)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Phone: (510) 879-0986
Facsimile: (510) 622-2270
Email: John.McGlothlin@doj.ca.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNA BOLDEN-HARDGE,** | No.  2:20-CV-02081-JAM-SCR |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT STATEMENT and [Proposed] ORDER** |
| **OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.** | Judge:         Hon. John A. Mendez<br>Trial Date:    March 16, 2026<br>Action Filed:  October 19, 2020 |
| Defendants. | |

Pursuant to the Court's direction at the hearing on the parties' Cross-Motions for Summary Judgment (Dkt. 107), the parties submit this Joint Status Report Statement.

### The Parties have Agreed to Mediation

Following the Court's order on the parties' Cross-Motion for Summary Judgment (Dkt. 109), the parties have reviewed and conferred on the possibility for resolution of this matter.  To this end, the parties have agreed to a mediation, to be conducted on February 5, 2026, with the Hon. Bonnie Sabraw (Ret.), of ADR Services, Inc.

### The Parties Request a Continuance of the March 16, 2026 Trial Date

In the interests of economy and efficiency, the parties respectfully request that the Court continue the current March 16, 2026 Trial date, and re-set the Final Pre-trial Conference (which was vacated by the Court on August 26, 2025 (Dkt. 107)).  This will allow time for the parties to complete the mediation, scheduled for February 5, 2026, without incurring the time and expense of preparing for trial on the remaining issues.

The parties respectfully propose that the Court direct the parties to submit a joint statement following mediation, to report on the status and anticipated future action, by March 1, 2026, and for the Court to set a case management and trial setting conference following March 1, 2026.

Respectfully submitted,


*/s/ Wendy Musell*
Wendy Musell
LAW OFFICES OF WENDY MUSELL PC
*Attorney for Plaintiff*



*/s/ John T. McGlothlin*
JOHN T. MCGLOTHLIN
Deputy Attorney General
*Attorneys for Defendant Office of State Controller, Malia M. Cohen, Betty T. Yee, and Gerard Anderson*

Having considered the Parties Joint Status Report Statement and for good cause appearing, the Court Orders that the trial date of March 16, 2026 is vacated. The Parties shall file a Joint Case Management Statement by March 1, 2026, updating the Court regarding the status of mediation, whether all or any portion of the case has been resolved, and proposed pre-trial and trial dates. Unless otherwise ordered, the Parties shall appear for a further Case Management Conference on _____, 2026, at which time the Court will set a trial date and further pre-trial orders.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JOHN A. MENDEZ
District Judge