UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA BOLDEN-HARDGE,<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.,<br><br>Defendants. | Case No. 2:20-cv-02081-JAM-SCR<br><br>**ORDER TO FILE UPDATED JOINT STATUS REPORT FOLLOWING MEDIATION AND VACATING JURY TRIAL DATE** |

Having reviewed the parties' joint status report (ECF No. 14), the Court hereby **VACATES** the March 16, 2026, jury trial date. See ECF No. 107. The Court further **ORDERS** the parties to file an updated joint status report pursuant to Federal Rule of Civil Procedure 16, in accordance with Local Rule 240, no later than **March 1, 2026**.

IT IS SO ORDERED.


Dated:  November 13, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE