James A. Sonne (CA Bar No. 250759)
Stanford Law School Religious Liberty Clinic
559 Nathan Abbott Way
Stanford, CA 94305
Phone: (650) 723-1684
Facsimile: (650) 723-4426
Email: jsonne@law.stanford.edu

Wendy Musell (CA Bar No. 203507)
The Law Offices of Wendy Musell PC
66 Franklin Street, Suite 300
Oakland, CA 94607
Phone: (510) 270-2252
Facsimile: (510) 228-1391
Email: wmusell@wendymuselllaw.com
*Attorneys for Plaintiff*

Rob Bonta (CA Bar No. 202668)
Attorney General of California
Kelsey Linnett (CA Bar No. 274547)
Supervising Deputy Attorney General
John T. McGlothlin (CA Bar No. 205844)
Deputy Attorney General
Vincent Cheng (CA Bar No. 230827)
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Phone: (510) 879-0986
Facsimile: (510) 622-2270
Email: John.McGlothlin@doj.ca.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIANNA BOLDEN-HARDGE,** | No.  2:20-CV-02081-JAM-SCR |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| **OFFICE OF THE CALIFORNIA STATE CONTROLLER, et al.** | Judge:         Hon. John A. Mendez<br>Trial Date:    Not Set<br>Action Filed:  October 19, 2020 |
| Defendants. | |

Plaintiff Brianna Bolden-Hardge and Defendants Office of the State Controller, *et. al*., by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Respectfully submitted,

/s/ Wendy Musell
Wendy Musell
LAW OFFICES OF WENDY MUSELL PC
*Attorney for Plaintiff*

/s/ John T. McGlothlin
JOHN T. MCGLOTHLIN
Deputy Attorney General
*Attorneys for Defendant Office of State Controller, Malia M. Cohen, Betty T. Yee, and Gerard Anderson*

Stipulation for Dismissal

# CERTIFICATE OF SERVICE

Case Name:  **_Brianna Bolden-Hardge v._**          No.    **2:20-cv-02081-JAM-SCR**
**_Office of the California State_**
**_Controller, et al._**

I hereby certify that on <u>June 8, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION FOR DISMISSAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>June 8, 2026</u>, at Oakland, California.

Leticia Martinez-Carter                          _Leticia Martinez-Carter_
Declarant                                                     Signature

OK2020900414
92128920.docx